**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO (SAN JUAN)**

Civil Action No:<u>3:20-cv-01075-WGY</u>

**QUINTERO, ET AL**

**Plaintiff**

**v.**

**METRO SANTURCE, INC., ET AL**

**Defendants**

# JUDGMENT

In light of the Court's Order, ECF No. 36, Judgment is hereby entered DISMISSING the action without prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

Boston, Massachusetts, December 14th, 2021.

/s/William G. Young
**United States District Judge**